UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA OLIVAS,<br><br>            Plaintiff,<br><br>    v.<br><br>SSP AMERICA, INC.,<br><br>            Defendant. | No.  2:15-cv-02540-MCE-KJN<br><br>**ORDER** |

Pursuant to the stipulation of the parties, ECF No. 9, this action is hereby DISMISSED.  The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated:  September 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE